| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | Judith B. Gitterman, Bar No. 115661 |
| | JGitterman@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Floyd Abrams |
| | fabrams@cahill.com |
| 7 | Brian T. Markley |
| | bmarkley@cahill.com |
| 8 | CAHILL GORDON & REINDEL LLP |
| | 80 Pine Street |
| 9 | New York, NY  10005 |
| | Telephone:  212.701.3000 |
| 10 | Facsimile:  212.269.5420 |
| | (Admitted *Pro Hac Vice*) |
| 11 | |
| 12 | Attorneys for Standard & Poor's Financial Services LLC, incorrectly sued as Standard & Poor's |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PAUL RICE and JOSEPH RICE, | Case No.  SACV 10-00398 CJC (MLGx) |
| Plaintiffs, | **THE RATING AGENCIES' JOINT NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| v. | |
| CHARLES SCHWAB; MOODY'S INVESTORS SERVICE; STANDARD & POOR's, DOES 1 through 50, Inclusive, | Date:     October 25, 2010 |
| | Time:     1:30 p.m. |
| | Place:    Courtroom 9(B) |
| Defendants. | |
| | Hon. Cormac J. Carney |

70164-0009/LEGAL19100934.1

Joint Notice of Motion and Motion to Dismiss
Second Amended Complaint

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 25, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 9B of the United States District Court for the Central District of California, Southern Division, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Defendants Standard & Poor's Financial Services, LLC ("S&P") and Moody's Investors Service, Inc. ("Moody's"), (collectively, "The Rating Agencies") will and hereby do move, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Second Amended Complaint filed by plaintiffs Paul Rice and Joseph Rice (the "Plaintiffs").

This Motion is based upon Plaintiffs' failure to state a cause of action for each of the claims alleged in the complaint. Plaintiffs are unable to allege a cause of action for negligence, negligent misrepresentation, or intentional misrepresentation against the Rating Agencies. Moreover, Plaintiffs fail to allege negligent misrepresentation and intentional misrepresentation with the specificity required pursuant to Rule 9(b) of the Federal Rules of Civil Procedure.

Plaintiffs' negligence and negligent misrepresentation claims are separately preempted by the Credit Rating Agency Reform Act of 2006 ("CRARA"), 15 U.S.C. § 78o-7(c)(1)-(2). Plaintiffs' negligence and negligent misrepresentation claims are also barred by fundamental principles of constitutional law.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of David T. Biderman and Joshua M. Rubins, the proposed order lodged herewith, the records and pleadings already on file in this matter, and upon such additional matters as may be presented in further briefing or at oral argument hereafter.

1  This Motion is made following the conference of counsel pursuant to L.R.
2  7-3 which took place on September 7, 2010.
3  Respectfully submitted,
4  Dated: September 13, 2010

/s/ David T. Biderman

Floyd Abrams (admitted *pro hac vice*)
Brian T. Markley (admitted *pro hac vice*)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York  10005
Tel: (212) 701-3000; Fax: (212) 269-5420

David T. Biderman (SBN 101577)
Judith B. Gitterman (SBN 115661)
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA  900671
Tel: (310) 788-9900; Fax: (310) 788-3399

*Attorneys for Standard & Poor's Financial Services, LLC.*

/s/ Scott D. Cunningham(as authorized on September 13, 2010)

James J. Coster (admitted *pro hac vice*)
James Regan (admitted *pro hac vice*)
Joshua M. Rubins (admitted *pro hac vice*)
**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 Park Avenue, 11th Floor
New York, New York  10169
Tel: (212) 818-9200; Fax:  (212) 818-9606

Frank A. Silane (SBN 90940)
Scott D. Cunningham (SBN 200413)
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, suite 850
Los Angeles, CA  90067-6010
Tel: (310) 557-2030; Fax: (310) 557-1299

*Attorneys for Defendant Moody's Investors Service, Inc.*