UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 10-00398-CJC(MLGx)          Date: March 12, 2012

Title: PAUL RICE, ET AL, V. CHARLES SCHWAB, ET AL.,
========================================================================

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER OF RECUSAL**

      This case was closed by Judge Carney on October 22, 2010.  It now has come to Judge Carney's attention that he had a small financial interest in Berkshire Hathaway Inc. at the time he closed the case.  Judge Carney believes, since he was unaware of his financial interest, that his financial interest did not affect the outcome of the case nor could it be reasonably questioned that it did so.  In any event, Judge Carney hereby recuses himself from this case because of his financial interest and this case will be reassigned to another judge in the event this case is reopened for any reason.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                           Initials of Deputy Clerk   MU